**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-00393-CMA

TERRENCE M. WYLES,

    Plaintiff,

v.

ALUMINAID INTERNATIONAL, A.G.; WEST HILLS RESEARCH & DEVELOPMENT, INC., f/k/a ALUMINAID, INC.; ALUMINAID PTE LTD. a/k/a ADVANCED FIRST AID RESEARCH PTE LIMITED; ZUPERFOODS, INC.; CARL J. FREER, ERICKA FREER, a/k/a ERICKA LAPRESLE, a/k/a ERICKA SUZANNE LAPRESLE, a/k/a ERICKA LAPRESLE FREER; JAMES HUNT; ALLEN Z. SUSSMAN; LOEB & LOEB LLP.; ADAM FREER, a/k/a ADAM AGERSTAM; JULIA FREER, a/k/a JULIA AGERSTAM, a/k/a JULIA FREER-AGERSTAM; DAVID WARNOCK; and ALEX ARENDT,

    Defendants

## LOEB DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO RULE 11

COME NOW Defendants Allen Z. Sussman and Loeb & Loeb, LLP (collectively, "the Loeb Defendants"), by and through their counsel, Treece Alfrey Musat P.C., and pursuant to FED. R. CIV. P. 11(c)(2), hereby respectfully request that the Court impose appropriate sanctions against Plaintiff and his counsel, stating as follows:

***Certificate of Conferral Pursuant to D.C.COLO.LCivR 7.1:*** The undersigned certifies that counsel for the Loeb Defendants attempted to confer with counsel for Plaintiff via multiple emails and a telephone call prior to filing the referenced motion to dismiss and requested that Plaintiff voluntarily dismiss this action. Plaintiff objects to the relief sought herein.

1

1.      Plaintiff filed this lawsuit on February 26, 2015, bringing eleven claims against various defendants arising from the termination of his employment with the corporate defendants. (Doc. No. 1).

2.      Almost a year prior, on March 6, 2014, Plaintiff filed a lawsuit in Arapahoe County District Court against the same defendants (plus an additional named defendant who does not appear in the instant action as her presence would destroy diversity among the parties), bringing nine of the eleven claims raised in this federal court suit ("the State Court Case"). *See* **Ex. A.** to Mot. to Dismiss.

3.      The State Court Case is still pending before the Honorable Charles M. Pratt. Discovery has commenced in that case and the Loeb Defendants have filed a dispositive motion on the only claim brought against them. That motion is fully briefed and awaiting ruling by Judge Pratt.

4.      As explained fully in the contemporaneously-filed Motion to Dismiss or, in the Alternative, for Abstention, Plaintiff's filing of this instant action clearly violates the prohibition against claim-splitting. Further, based on the *Colorado River* and *Rooker-Feldman* doctrines of abstention, Plaintiff and his counsel are aware that this Court should abstain from exercising jurisdiction over this parallel litigation.

5.      Rule 11(b)(1) provides that, by filing a motion with the court, an attorney "certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances" the motion "is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation." FED. R. CIV. P. 11(b)(1) (2014).

6. Plaintiff, who is represented by counsel, is also a licensed attorney in the State of Colorado. Both Plaintiff and his attorney are or should be aware of these policies and doctrines.

7. The instant action is groundless, frivolous, and serves only to harass the Loeb Defendants and needlessly increase the cost of litigation in violation of FED. R. CIV. P. 11(b)(1).

8. For this reason, the Loeb Defendants request that the Court enter sanctions against both Plaintiff and his counsel in the form of fees and costs incurred by the Loeb Defendants in having to defend this frivolous, duplicative suit.

Respectfully submitted this 26th day of May, 2015.

TREECE ALFREY MUSAT P.C.

*s/ Thomas N. Alfrey, original signature on file*
Thomas N. Alfrey, Reg. No. 4277
Robert J. Zavaglia, Jr., Reg. No. 34974
Katharine A. Jensen, Reg. No. 43863
633 17th Street, Suite 2200
Denver, CO  80202
(303)292-2700
Email:   talfrey@tamlegal.com;
zavaglia@tamlegal.com; kjensen@tamlegal.com
*Attorneys for Defendants Allen Z. Sussman and Loeb & Loeb LLP*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 26th day of May, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Samuel Ventola
LAW OFFICE OF SAMUEL VENTOLA
1775 Sherman Street, Suite 1650
Denver, CO  80203
*Attorneys for Plaintiff*

                *s/ Alison Treece, original signature on file*
                Alison Treece