**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00393-CMA-KMT

TERRENCE M. WYLES,

    Plaintiff,

v.

ALUMINAID INTERNATIONAL, A.G.,
WEST HILLS RESEARCH & DEVELOPMENT, INC., FORMERLY KNOWN AS ALUMINAID, INC.,
ALUMINAID PTE, LTD., a/k/a ADVANCED FIRST AID RESEARCH PTE LIMITED,
ZUPERFOODS, INC.,
CARL J. FREER,
ERICKA FREER, a/k/a ERICKA LAPRESLE,
JAMES HUNT,
ALLEN Z. SUSSMAN,
LOEB & LOEB LLP,
ADAM FREER, a/k/a ADAM AGERSTAM,
JULIA FREER, a/k/a JULIA AGERSTAM,
DAVID WARNOCK,
ALEX ARENDT,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 54(b), the following Judgment is hereby entered.

    Pursuant to the Order Granting Defendants' Motion to Dismiss of Judge Christine M. Arguello entered on June 30, 2015 it is

    ORDERED that, Defendants' Motion to Dismiss [7] is granted.  It is

    FURTHER ORDERED that, there is no just reason for delay of entry of final judgment in favor of Defendants and against Plaintiff.  It is

FURTHER ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

Dated at Denver, Colorado this 30th day of June, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ V. Barnes

V. Barnes
Deputy Clerk